# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO RAY SHARP,<br><br>        Plaintiff,<br><br>    v.<br><br>DERRAL G. ADAMS, Warden,<br><br>        Defendant. | Case No. CV 08-5299-JVS (JTL)<br><br>**J U D G M E N T** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: December 16, 2008

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE